FILED
JAMES BONINI
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

2012 JAN -3 PM 12: 54

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

UNITED STATES OF AMERICA

      vs.              :    NO. 2:11-CR-128(4)
                            JUDGE GRAHAM

JERRY A. DEARWESTER

## WRIT OF TEMPORARY CUSTODY

Pursuant to 28 U.S.C. §1651 and by agreement of the parties defendant, **JERRY A. DEARWESTER**, DOB: XX/XX/69, SSN: XXX-XX-8069, is hereby ORDERED temporarily released into the custody of any agent of the Drug Enforcement Administration, Columbus Police Department or Franklin County Sheriffs Office, on Tuesday, January 3, 2012, at 12:00 p.m. to be transported to the Federal District Court, 85 Marconi Boulevard, Room 410, Columbus, Ohio, for a proffer, in the presence of his counsel. Defendant is to remain in the custody of said agent at all times during such temporary release.

After such conference defendant is to be promptly returned to his place of incarceration without further order of this Court.

This temporary writ shall not be valid at any other time or on any other date without further order of the Court.

UNITED STATES MAGISTRATE JUDGE